UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ‖ | |
| Plaintiff, | ‖ | |
| v. | ‖ | CRIM. NO. SA-08-CR-047 OLG |
| JACINTO NAVAJAR, et al., | ‖ | |
| Defendant. | ‖ | |

## GOVERNMENT'S NOTICE REGARDING
## APPOINTMENT OF CO-COUNSEL

Comes now, the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Notice Regarding Appointment of Co-Counsel, and states:

**I.**

The Defendants have been named in an indictment that charges conspiracy to conduct the affairs of an enterprise through a pattern of racketeering, in violation of 18 U.S.C., § 1962. The maximum penalty for the offense charged is life imprisonment.

**II.**

The Attorney General is presently reviewing this case to determine whether a death sentence should be sought against any of the Defendants named in the indictment in this cause.

If the Attorney General determines that a death sentence should be sought against any Defendant, the prosecution would be required to seek a superseding indictment that charges an offense for which a death sentence is a possible sentence.

**III.**

The Government has been notified by an official with the Capital Crimes Unit of the Department of Justice that members of the Capital Crimes Committee would like further information regarding the following defendants:

**TRINIDAD GOMEZ (5)**;

**JESSE RAMIREZ (6)**;

**JOSE MARTINEZ (9)**;

**JOE PENA (12)**; and

**TRINIDAD RIOJAS (18)**.

The Committee has requested that counsel for these Defendants travel to Washington D.C. to present information relevant to the decision to seek or not seek a death sentence.

**IV.**

Title 18 U.S.C. § 3005 requires that in the case of a defendant indicted for a capital offense, two counsel shall be appointed to represent the defendant, at least one of whom is learned in the law applicable to capital cases. The five Defendants named above are not presently charged with a capital offense, and the Attorney General has not reached a decision whether the prosecution will seek death sentences against them. However, the Government requests that co-counsel be appointed for these five Defendants in accordance with § 3005 so that present counsel will have assistance in making a presentation to the Capital Crimes Committee and, should a death sentence be sought, in defending against a capital case. Co-counsel is not required if a death sentence is not sought.

WHEREFORE, PREMISES CONSIDERED, the Government asks that co-counsel learned in the law of capital cases be appointed for each of the five Defendants above; that such appointment terminate upon notice from the Attorney General that a death sentence shall not be sought against a

2

Defendant; and that in making said appointment of counsel the Court consider the recommendation of

Federal Public Defender for the Western District of Texas.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By:     __/S_____
JOEY CONTRERAS
Assistant United States Attorney
State Bar No. 04712320
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7006
(210) 384-7028   fax

CERTIFICATE OF SERVICE

I certify that notice of this pleading has been served on the parties through the electronic system of notice maintained through the United States District Clerk, on this 16th day of June, 2008.

_/S/_____
Joey Contreras

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JACINTO NAVAJAR, et al.,

     Defendant.

CRIM. NO. SA-08-CR-047 OLG

---

## <u>ORDER</u>

Came on this day to be considered the Government's request that co-counsel be appointed

for Defendants:      **TRINIDAD GOMEZ (5)**;

                **JESSE RAMIREZ (6)**;

                **JOSE MARTINEZ (9)**;

                **JOE PENA (12)**; and

                **TRINIDAD RIOJAS (18)**.

The Court, after considering the Government's motion, and 18 U.S.C. 3005, shall appoint co-counsel

to each said Defendant after considering the recommendation of the Federal Public Defender; shall

limit said appointment of counsel to those learned in the law applicable to capital cases; and shall

order counsel for each said defendant to arrange to confer with the Capital Crimes Unit as

appropriate without delay. The appointment of co-counsel shall terminate if and when the Attorney

General determines that he shall

not seek a death sentence against the respective Defendants.

It is so **ORDERED**.

Signed and entered on this the _____ day of June, 2008.


_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE