UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MAY 2 0 2010

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:08-CR-00047(1,9,20)-OLG |
| | § | |
| (1) JACINTO NAVAJAR | § | |
| (9) JOSE MARTINEZ | § | |
| (20) MIKE GARCIA | § | |

## DEFEANDANT'S(MIKE GARCIA) EXHIBIT LIST

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | Plea agreement | |
| 2 | Motion for Downward Departure/5K1.1 | |
| 3 | Order | |
| 4 | Photographof Mike Garcia | |
| 5 | Photographof Mike Garcia | |
| 6 | Photographof Mike Garcia | |
| 7 | Map of San Antonio | 05/18/10 |
| 8 | Photograph of Mike Garcia's family/children | 05/18/10 |
| 9 | Photograph of Mike Garcia | 05/18/10 |
| 10 | Photograph of Mike Garcia | 05/18/10 |