# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS,
### SAN ANTONIO DIVISION

FILED

MAY 2 0 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,       §
    Plaintiff,                  §
                                §
v.                              §     CAUSE NO. SA-08-CR-47-OG
                                §
JACINTO NAVAJAR a/k/a Cache (1), §
    Defendant.                  §

## VERDICT

WE THE JURY FIND the defendant, JACINTO NAVAJAR,

_____Guilty_____ as charged in Count One of the Indictment.
"Guilty" or "Not Guilty"

If you find the defendant "guilty" of Count One please answer the following Special Issues as to that defendant. You will enter "did" in the blank if you unanimously find that the defendant did that particular act. You will enter "did not" in the blank if you do not unanimously find that the defendant did that particular act.

If you have found the defendant "not guilty" of Count One, do not answer the Special Issues as to that defendant.

### SPECIAL ISSUES (JACINTO NAVAJAR)

With regard to Defendant JACINTO NAVAJAR, we, the jury, find that the Defendant

JACINTO NAVAJAR:

("did" or "did not"): _____did_____ agree that at least one member of the

RICO conspiracy would attempt to murder Ernesto "Neto" Rodriguez;

("did" or "did not"): _____did_____ agree that at least two members of the

RICO conspiracy would conspire to murder Ernesto "Neto" Rodriguez;

("did" or "did not"): _____did_____ agree that at least two members of the

RICO conspiracy would conspire to interfere with commerce by extortion;

("did" or "did not"): ____did____ agree that at least two members of the

RICO conspiracy would conspire to distribute at least one kilogram of heroin or at least five

kilograms of cocaine.

_____       _5-20-2010_

FOREPERSON'S SIGNATURE*       DATE
*Please evidence signature by writing juror number only.

2