i

**INDEX**

**Volume 1**

**May 10, 2010**

**Page**

Discussion Re: Questions to Venire Panel ------------- 1

**Jury Selection** ---------------------------------------- 4
Indictment Read by Mr. Contreras -------------------- 9
Venire Panel Questions at the Bench ----------------- 76
**Jury Sworn** ------------------------------------------- 162
Preliminary Instructions to the Jury ---------------- 163

**Opening Statement:**
By Mr. Contreras ----------------------------------- 174
By Mr. Price --------------------------------------- 183
By Mr. Collins ------------------------------------- 186

Rule Invoked --------------------------------------- 190

**Jury In:**
**WITNESS FOR**

| THE GOVERNMENT: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Michael Carlisle | 190 | | | |

**Volume 2**
**May 11, 2010**

**Jury Out:**
Objection to Testimony by Mr. Stenberg -------------- 239

**Jury In:**
**WITNESSES FOR**

| THE GOVERNMENT | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Michael Carlisle | 241 | 306 | 311 | |
| | | 309 | | |
| Alfonso Flores | 312 | 397 | 407 | 408 |
| | | 404 | | |
| Michael Hernandez | 413 | | | |
| Johnny Santana | 425 | | | |
| Mark Gibson | 440 | | | |
| Alex Guerrero | 454 | | | |

ii

**INDEX - CONT'D**

**Volume 3**

**May 12, 2010**

                                                          **Page**
Jury Out:
Housekeeping ----------------------------------------   480

**Jury In:**
**WITNESSES FOR**

| THE GOVERNMENT | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Alex Guerrero | 481 | 512 | 537 | |
| | | 520 | | |
| | | 530 | | |
| Timothy Brooks | 540 | | | |
| Fernando Espinoza | 544 | 583 | 592 | 593 |
| | | 590 | | |
| Daniel Flores | 595 | 611 | 617 | 618 |
| Alfredo Martinez, Jr. | 620 | 645 | 656 | 659 |
| | | 649 | | |
| | | 652 | | |
| Raul Reyes | 662 | | | |
| Patrick Waters | 667 | | | |
| Hector Morales | 672 | | | |
| John Chandler | 678 | | | |
| James Phillips | 693 | | | |
| | 714 | | | |
| Ramiro Alvear | 707 | | | |

**Volume 4**

**May 13, 2010**

**Jury In:**
**WITNESSES FOR**

| THE GOVERNMENT | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| James Phillips | 720 | 731 | 738 | |
| | | 737 | | |
| Michael Hernandez | 741 | 763 | | |
| | | 765 | | |
| | | 777 | | |
| Michael Garcia | 778 | | | |
| Ricardo Saenz | 784 | 816 | 827 | |

iii

824

Nancy Sanford                    829

**INDEX - CONT'D**

**Jury In:**
**WITNESSES FOR**

| THE GOVERNMENT | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Michael Rios | | 860 | 887 | |
| | | | 895 | |
| Dahlia Flores | | 897 | 904 | 907 |
| Adrian Ramirez | | 908 | | |
| David Davila | | 914 | | |
| Victor Huerta | | 919 | 950 | |
| John Chandler | | 962 | | |
| Janice Henry | | 967 | | |
| Frank Velasquez, Jr. | | 970 | 1004 | |
| | | | 1008 | |
| | | | 1011 | |


**Volume 5**


**May 14, 2010**

**Jury In:**
**WITNESSES FOR**

| THE GOVERNMENT | Direct | Cross | Redirect | Recross | Voir Dire |
|---|---|---|---|---|---|
| Joe Pena | 1021 | 1076 | 1097 | 1100 | |
| | | 1082 | | | |
| | | 1088 | | | |
| Roberto Agosto | 1102 | 1111 | | | |
| | | 1115 | | | |
| Barry Schrum | 1117 | 1128 | | | |
| Robert Dean Moffitt | 1130 | | | | |
| Edward Rodriguez | 1136 | | | | 1139 |
| | | | | | 1142 |
| | 1145 | | | | |
| Joseph Huerta | 1149 | 1158 | | | |
| Roger Millican | 1163 | | | | |
| Guadalupe Ramos | 1171 | 1186 | | | |

iv

INDEX - CONT'D

**Volume 6**

**May 17, 2010**

**Jury in:**

| WITNESSES FOR THE GOVERNMENT | Direct | Cross | Redirect | Recross | Voir Dire |
|---|---|---|---|---|---|
| Rudolfo Garza | 1216 | 1246 | | | |
| | | 1250 | | | |
| | | 1257 | | | |
| Oresama Perez, Jr. | 1264 | | | | |
| Edward Suarez | 1267 | 1282 | | | |
| | | 1285 | | | |
| | | 1289 | | | |
| | | 1291 | | | |
| Alejandro Ortiz | 1292 | 1298 | | | |
| | | 1301 | | | |
| | | 1304 | | | |
| Michael Carlisle | 1305 | | | | |
| Richard Faithful | 1325 | 1343 | 1345 | | |
| Trinidad Riojas | 1353 | 1398 | 1419 | | |
| | | 1404 | | | |
| | | 1411 | | | |
| Daniel Ramirez | 1422 | 1430 | | | 1422 |
| | 1427 | | | | |
| Jacob Garcia | 1432 | 1455 | | | |
| | | 1458 | | | |
| Joe Castorano | 1464 | 1469 | | | |
| | | 1475 | | | |
| | | 1482 | | | |

**Volume 7**

**Page**

**May 18, 2010**

Opening Statement by Mr. Stenberg -------------------- 1496

| WITNESSES FOR DEFENDANT GARCIA | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Roger Millican | 1498 | 1513 | 1526 | 1527 |
| Michael Carlisle | 1528 | 1537 | 1539 | |
| Jessica Garcia | 1540 | | | |
| Michelle Garcia | 1558 | | | |

v

Parties Rest and Close ------------------------------- 1571

**INDEX - CONT'D**

**Volume 8**

**Page**

**May 19, 2010**
**Jury In:**
Court Reads Charge to the Jury ---------------------- 1576

**ARGUMENTS OF COUNSEL:**
By Ms. Green -------------------------------------- 1622
By Mr. Price -------------------------------------- 1632
By Mr. Stenberg ----------------------------------- 1640
By Mr. Collins ------------------------------------ 1669
By Mr. Contreras ---------------------------------- 1694

Case Goes to the Jury ------------------------------ 1703

Jury Note No. 1 ------------------------------------ 1704

**May 20, 2010**
**Jury In:**
Verdicts of the Jury ------------------------------- 1710

Jury Polled ---------------------------------------- 1714

**August 4, 2010**
Sentencing Proceeding:  Jacinto Navajar ------------ 1716
                        Mike Garcia ---------------- 1719
                        Jose Martinez -------------- 1724

vi

## DOCUMENTARY EVIDENCE

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| 1 - 41 | Photos | 229 | 230 | 235 |
| 1 | Photo of Jacinto Navajar | 235/247 | 230 | 235 |
| 2 | Photo of Jose Martinez | 1687 | | |
| 3 | Photo of Mike Garcia | 236/747/1541 | 230 | 235 |
| 4 | Photo of Bobby Guerra | | | |
| 5 | Photo of Ray Carrasco | 374/463 | | |
| 6 | Photo of Ruben Garcia | 242 | 230 | 235 |
| 7 | Photo of Ted Ansualda | 243 | 230 | 235 |
| 7 | Map | 1646 | | |
| 8 | Photo of Frank Longoria | 244 | 230 | 235 |
| 9 | Photo of Trinidad Gomez | 246 | 230 | 235 |
| 10 | Photo of Jesse Ramirez | 249/291/372 | 230 | 235 |
| 11 | Photo of Billy Silva | 374/812 | | |
| 12 | Photo of Jimmy Mendoza | 251/801/884/ 1043/1437 | 230 | 235 |
| 13 | Photo of Leonard Tremillo | 928/990 | | |
| 14 | Photo of Vidal Longoria | 252/921/991 | 230 | 235 |
| 15 | Photo of Hector Martinez | 917 | | |
| 16 | Photo of Michael Vargas | 1110 | | |
| 17 | Photo of Jesse Ozuna | 253/419/1108 | 230 | 235 |
| 20 | Photo of Trinidad Riojas | 977/1070 | | |
| 22 | Photo of Carlos Ybarra | 949 | | |
| 23 | Photo of Joe Pena | 435/802 | | |
| 25 | Photo of Frank Velasquez | 253/743/922 | 230 | 235 |
| 26 | Photo of Jacob Garcia | 265/1066/1104 | | |
| 27 | Photo of Rudy Garza | 254/745 | 230 | 235 |
| 28 | Photo of Michael Badillo | 254 | 230 | 235 |
| 29 | Photo of Mark Alvarado | 1106 | | |
| 30 | Photo of Alex Guerrero | 336/363 | | |
| 31 | Photo of Alfonso Flores | 754 | | |
| 32 | Photo of Jesse Rodriguez | 254 | 230 | 235 |
| 33 | Photo of Alfredo Martinez | 1041 | | |
| 34 | Photo of Faqundo Yanez | 381/868/ 1034 | | |
| 35 | Photo of Heriberto Huerta | 256/321/ 1037 | 230 | 235 |
| 36 | Photo of Benito Alonzo | 1075 | 230 | 235 |
| 37 | Photo of Michael Hernandez | 1271 | | |
| 38 | Photo of Daniel Leza "Gumby" | 435 | | |
| 39 | Photo of Jimmy Zavala | 372 | | |
| 40 | Photo of Carlos Rodriguez | 1038 | | |
| 41 | Photo of Fernando Espnioza | 365 | | |
| 42 | Photo of Santos Yanez | 1035 | 1035 | 1035 |
| 100 | Mexican Mafia Constitution in English | 213/319/ 1625/1629 | 214 | 214 |

vii

### DOCUMENTARY EVIDENCE CONT'D

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| 0317.0420 | CD of Phone Call, Johnny Garcia and Sammy Garcia 4/18/04 | 869 | 871 | 872 |
| 0317.0420T | Transcript/Translation for 0317.0420 | 870 | 871 | 872 |
| 2995.0635 | CD of Phone Call, Michael Rios and Frank Velasquez 3/3/04 | 873 | 871 | 872 |
| 2995.0635T | Transcript/Translation for 0317.0635 | 870 | 871 | 872 |
| 2995.0975 | CD of Phone Call, Michael Rios and Dahlia Flores 3/7/04 | 902 | 902 | 902 |
| 2995.0975T | Transcript/Translation for 2995.0975 | 902 | 902 | 902 |
| 2995.1294 | CD of Phone Call, Michael Rios and Christine and Joe 3/12/04 | 902 | 902 | 902 |
| 2995.1294T | Transcript/Translation for 2995.1294 | 902 | 902 | 902 |
| 2995.2165 | CD of Phone Call, Michael Rios and Roger Rodriguez 3/25/04 | 874 | 871 | 872 |
| 2995.2165T | Transcript/Translation for 2995.2165 | 870 | 871 | 872 |
| 2995.3081 | CD of Phone Call, Michael Rios and Connie Coronado 4/9/04 | 878 | 871 | 872 |
| 2995.3081T | Transcript/Translation for 2995.3081 | 870 | 871 | 872 |
| 2995.3513 | CD of Phone Call, Michael Rios and Unidentified Male 4/16/04 | 878 | 871 | 872 |
| 2995.3513T | Transcript/Translation for 2995.3513 | 871 | 871 | 872 |
| 2995.3620 | CD of Phone Call, Michael Rios and Jose Alberto Martinez 4/18/04 | 879 | 871 | 872 |
| 2995.3620T | Transcript/Translation for 2995.3620 | 871 | 871 | 872 |
| 2995.3872 | CD of Phone Call, Michael Rios and Joseph Huerta 4/21/04 | 1152 | 1152 | 1153 |
| 2995.3872T | Transcript/Translation for 2995.3872 | 1152 | 1152 | 1153 |

viii

## DOCUMENTARY EVIDENCE CONT'D

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| 4313.0695 | CD of Phone Call, Michael Rios and Johnny Garcia 4/22/04 | 881 | 871 | 872 |
| 4313.0695T | Transcript/Translation for 4313.0695 | 871 | 871 | 872 |
| BCJ10.D1 | CD: Call from Bexar County Jail 8/26/04 | 441/444 | 443 | 444 |
| BCJ18.D1 | CD: Call from Bexar County Jail, 1/21/06 | 442/447 | 443 | 444 |
| BCJ19.D1 | CD: Call from Bexar County Jail, 2/7/06 | 442/448 | 443 | 444 |
| BCJ26.D1 | CD: Call from Bexar County Jail 8/6/07 | 443/450 | 443 | 444 |
| BCJ31 | CD: Call from Bexar County Jail 1/18/08 | 443 | 443 | 444 |
| BCJ32 | CD: Call 7/3/04 | 443/451 | 443 | 444 |
| DEA1601 | Video Arrest of Sammy Garcia, 4/22/04 | 834 | 834 | 834 |
| DEA1604 | Drugs Obtained During Michael Rios & Steve Herrera Arrests 4/22/04 | 841 | 841 | 841 |
| DEA1604A | DEA Lab Report for 1604 | 841 | | |
| DEA1605 | Drugs Obtained During Sammy Garcia Arrest 4/22/04 | 839 | 840 | 840 |
| DEA1605A | DEA Lab Report for 1605 | 842 | | |
| DEA1710 | Bible Containing Names and Phone Numbers | 850 | 858 | 860 |
| DEA2301 | VAC 1050 Food Saver/Heat Sealer with Plastic Bag Rolls | 850 | 858 | 860 |
| DEA2301A | VAC 1050 Plastic Bag Rolls | 851 | 858 | 860 |
| DEA2301B | VAC 1050 Plastic Bag Rolls | 851 | 858 | 860 |
| DEA2302 | Dr. Pepper Can with Hidden Compartment | 852 | 858 | 860 |
| DEA2401 | SL-100 Safe Line Telephone Analyzer & Tap Deactivator/Bug Detector in Black Hardcase | 851 | 858 | 860 |
| DEA2511 | Manilla Envelope with the Name "Aclarados Y Alivinve" w/ Numerous Letters | 436 | 436 | 438 |
| DEA2511A | Letter to Joe from Blackie, 6/8/04 | 436 | 436 | 438 |
| DEA2511TR | Translation of Letter to Joe From Blackie, 6/8/04 | 436 | 436 | 438 |

ix

| DEA2511B | Letter | 436 | 436 | 438 |
|---|---|---|---|---|

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| DEA2511C1 | Letter | 436 | 436 | 438 |
| DEA2511C2 | Letter | 436 | 436 | 438 |
| DEA2511C3 | Letter | 436 | 436 | 438 |
| DEA2511D | Letter | 436 | 436 | 438 |
| DEA2511E | Letter | 436 | 436 | 438 |
| DEA2511F | Letter | 436 | 436 | 438 |
| DEA2511G | Letter | 436 | 436 | 438 |
| DEA2601 | REI Recorder Detector with Black Case S/N 36045 | 853 | 858 | 860 |
| DEA2612U | GPS Map, Dime Collection | 1627 | | |
| DEA2612V | GPS Map, Dime Collection | 1627 | | |
| DEA2612W | GPS Map, Dime Collection | 1627 | | |
| DEA3011 | Stack of Money Order Receipts | 854 | 858 | 860 |
| DEA3012 | Stack of Money Order Receipts | 853/1033 | 858 | 860 |
| DEA3013 | Money Order Receipt | 853 | 858 | 860 |
| DEA3016 | Black/White Mead Composition Notebook Titled "Family Business" | 854 | 858 | 860 |
| DEA3021 | 16-ounce Plastic Bottle of Lactose Monohydrate Powder | 1033 | | |
| DEA3022 | Hamilton Beach Coffee Grinder | 1033 | | |
| RA0100 | Autopsy Report, Florencio Vasquez | 258/1626 | | |
| RA0111.74 | Photo of Guzman's Ice House | 465 | 465 | 466 |
| RA0111.75 | Photo of Guzman's Ice House | 465 | 465 | 466 |
| RA0111.76 | Photo of Guzman's Ice House | 465 | 465 | 466 |
| RA0111.77 | Photo of Guzman's Ice House | 1280 | | |
| RA0111.77 | Photo of Guzman's Ice House | 465 | 465 | 466 |
| RA0200 | Autopsy Report, Anthony Blanco | 259/1626 | | |
| RA0300 | Autopsy Report | 1626 | | |
| RA0400 | Autopsy Report, Michael Lewis Sanchez | 260/1626 | | |
| RA0410.05 | Crime Scene Photo, Michael Lewis Sanchez | 708 | 709 | 709 |
| RA0410.09 | Crime Scene Photo, Michael Lewis Sanchez | 708 | 709 | 709 |
| RA0410.10 | Crime Scene Photo, Michael Lewis Sanchez | 708 | 709 | 709 |
| RA0500 | Autopsy Report, Ruben Hernandez | 260/1626 | | |
| RA0600 | Autopsy Report | 1626 | | |

x

RA0700        Autopsy Report, Ernest        260/1626
              Guzman

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA0701.04 | Crime Scene Photo, Ernest Guzman | 541 | 541 | 542 |
| RA0701.10 | Crime Scene Photo, Ernest Guzman | 541 | 541 | 542 |
| RA0710.04 | Crime Scene Diagram, Ernest Guzman | 541 | 541 | 542 |
| RA0712.40 | Crime Scene Photo: Ernest Guzman Murder | 541 | 541 | 542 |
| RA0712.42 | Crime Scene Photo: Ernest Guzman Murder | 541 | 541 | 542 |
| RA0800 | Autopsy Report, Jose Luis Moreno | 261/1626 | | |
| RA0811.02 | Photo, 10/15/03, Excavation 23261 Trumbo Sands, Jose Luis Moreno | 375 | 375 | 375 |
| RA0811.03 | Photo, 10/15/03, Excavation Jose Luis Moreno | 375 | 375 | 375 |
| RA0811.05 | Photo, 10/15/03, Excavation Jose Luis Moreno | 681 | 681 | 682 |
| RA0811.10 | Photo, 10/15/03, Excavation Jose Luis Moreno | 681 | 681 | 682 |
| RA0811.41 | Photo, 10/15/03, Excavation Jose Luis Moreno | 681 | 681 | 682 |
| RA0811.53 | Photo, 10/15/03, Excavation Jose Luis Moreno | 681 | 681 | 682 |
| RA0880.01 | Property Tax Citation to Tomas H. Carrasco, 12/27/02 | 282 | 282 | 282 |
| RA0880.02 | Property Tax Due, Tomas H. Carrasco, 12/27/02 | 283 | 283 | 283 |
| RA0881 | Photo 3/14/01, Freddy Cruger, Arte, Wero, Gallito, Franky, Ricky, Smiley | 367 | 367 | 367 |
| RA0900 | Autopsy Report, Henry Cantu | 262/1626 | | |
| RA0910.01 | SAPD Crime Scene Report Henry Cantu Murder, 12/10/02 | 779 | 780 | 780 |
| RA0911.012 | SAPD Crime Scene Photo Henry Cantu Murder | 708/779/809 | 709 | 709 |
| RA0911.018 | SAPD Crime Scene Photo Henry Cantu Murder | 779 | | |
| RA0932.05 | Envelope Note (EX. RA0932.05A) Is Contained | 711 | 711 | 712 |

xi

| | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA0932.05A | Note | 711 | 711 | 712 |
| RA0932.07A | Belt and Buckle | 712 | 713 | 713 |
| RA0932.07B | Shirt | 712 | 713 | 713 |

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA1000 | Autopsy Report, Augustine Macias | 264/1626 | | |
| RA1002.09 | FBI Morgue Photo, Augustine Macias | 687 | 687 | 687 |
| RA1002.10 | FBI Morgue Photo, Augustine Macias | 687 | 687 | 687 |
| RA1010 | Aerial Photo of Dig Site | 626 | 627 | 627 |
| RA1010A | Photo of Dig Site | 686 | 687 | 687 |
| RA1010.26 | FBI Crime Scene Photo, Kyote Dig Site, Agusustine Macias | 687 | 687 | 687 |
| RA1010.29 | FBI Crime Scene Photo, Kyote Dig Site, Augustine Macias | 687 | 687 | 687 |
| RA1100 | Autopsy Report, Jaime Lopez | 264/1626 | | |
| RA1102.02 | Crime Scene Photo, Jaime Lopez 7/8/05 | 963 | 962 | 963 |
| RA1102.14 | Crime Scene Photo, Jaime Lopez 7/8/05 | 963 | 962 | 963 |
| RA1102.32 | Crime Scene Photo, Jaime Lopez 7/8/05 | 964 | 962 | 963 |
| RA1102.62 | Crime Scene Photo, Jaime Lopez 7/8/05 | 964 | 962 | 963 |
| RA1102.65 | Crime Scene Photo, Jaime Lopez 7/8/05 | 965 | 962 | 963 |
| RA1102.68 | Crime Scene Photo, Jaime Lopez 7/8/05 | 966 | 962 | 963 |
| RA1102.69 | Crime Scene Photo, Jaime Lopez 7/8/05 | 966 | 962 | 963 |
| RA1102.70 | Crime Scene Photo, Jaime Lopez 7/8/05 | 966 | 962 | 963 |
| RA1102.71 | Crime Scene Photo, Jaime Lopez 7/8/05 | 966 | 962 | 963 |
| RA1190.15 | Map of Gillette and Rockwall | 287 | 288 | 288 |
| RA1200 | Autopsy Report, Raymond Rodriguez | 266/1626 | | |
| RA1202.05 | Crime Scene Photo, Raymond Rodriguez Murder, 9/12/03 | 780/805 | 781 | 781 |
| RA1202.07 | Crime Scene Photo, Raymond Rodriguez Murder, 9/12/03 | 782 | 781 | 781 |
| RA1210.2A | Two-Page Document, Crime Scene Diagram, Zarzamora and Lombrano | 783 | 783 | 783 |

xii

| RA1211.019 | SAPD Crime Scene Photo Raymond Rodriguez Murder, 9/12/03 | 782/805 | 782 | 782 |
| RA1211.027 | SAPD Crime Scene Photo Raymond Rodriguez Murder, 9/12/03 | 782 | 782 | 782 |

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA1294 | Map | 286/1041 | 286 | 286 |
| RA1300A | Autopsy Report, Jesus Medina | 266/1626 | | |
| RA1302.04 | Crime Scene Photo, Jesus Jesse Medina Murder 2/18/04 | 911/938 | 911 | 911 |
| RA1302.08 | Crime Scene Photo, Jesus Jesse Medina Murder 2/18/04 | 912/938 | 911 | 911 |
| RA1302.09 | Crime Scene Photo, Jesus Jesse Medina Murder 2/18/04 | 912/938 | 911 | 911 |
| RA1302.14 | Crime Scene Photo, Jesus Jesse Medina Murder 2/18/04 | 912/938 | 911 | 911 |
| RA1310.5 | Crime Scene Photo, Jesus Jesse Medina Murder | 912 | 911 | 911 |
| RA1310.7 | Crime Scene Photo, Jesus Jesse Medina Murder | 912 | 911 | 911 |
| RA1311.02 | Photo of 1925 Wildwood | 932 | 932 | 932 |
| RA1311.04 | Photo of 1925 Wildwood | 932 | 932 | 932 |
| RA1311.05 | Photo of 1925 Wildwood | 932 | 932 | 932 |
| RA1390.07 | BCSO Evidence Drawing with Computer Screen Lists of Items, Jesus Jesse Medina Murder | 913 | 911 | 911 |
| RA1400 | Autopsy Report, Robert Gleason | 267/1626 | | |
| RA1401.03 | Crime Scene Photo, Robert Gleason Murder | 999 | 1000 | 1000 |
| RA1401.05 | Crime Scene Photo, Robert Gleason Murder | 999 | 1000 | 1000 |
| RA1401.08 | Crime Scene Photo, Robert Gleason Murder | 999 | 1000 | 1000 |
| RA1412.07 | Crime Scene Photo, Robert Gleason Murder | 988 | 989 | 989 |
| RA1412.08 | Crime Scene Photo, Robert Gleason Murder | 988 | 989 | 989 |
| RA1412.22 | Crime Scene Photo, Robert Gleason Murder | 988 | 989 | 989 |
| RA1500 | Autopsy Report, Roberto Murillo Fernandez | 267/1626 | | |
| RA1503.5 | Crime Scene Photo, Roberto | 914 | 915 | 915 |

xiii

Murillo Fernandez Murder

| RA1503.8 | Crime Scene Photo, Roberto Murillo Fernandez Murder | 914 | 915 | 915 |
| RA1503.13 | Crime Scene Photo, Roberto Murillo Fernandez Murder | 914 | 915 | 915 |
| RA1511.034 | Crime Scene Photo, 13500 Southton Rd., Roberto Murillo Fernandez Murder 8/3/04 | 914 | 915 | 915 |

### DOCUMENTARY EVIDENCE CONT'D

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA1511.037 | Crime Scene Photo, 13500 Southton Rd., Roberto Murillo Fernandez Murder 8/3/04 | 914 | 915 | 915 |
| RA1600 | Autopsy Report, Jesse G. Guevara | 268/1626 | | |
| RA1612.4 | Crime Scene Photo, Jesse Guadalupe Guevara Murder | 968 | 968 | 968 |
| RA1612.39 | Crime Scene Photo, Jesse Guadalupe Guevara Murder | 969 | 968 | 968 |
| RA1614 | BCSO Crime Scene Sketch, Jesse Guadalupe Guevara Murder | 969 | | |
| RA1700 | Autopsy Report, Mercy Brooks | 269/1626 | | |
| RA1702.04 | Crime Scene Photo, Mercy Brooks Murder 9/18/04 | 846 | 846 | 846 |
| RA1712.26 | Crime Scene Photo, Mercy Brooks Murder, 9/18/04 | 859/1107 | 859 | 859 |
| RA1712.35 | Crime Scene Photo, Mercy Brooks Murder, 9/18/04 | 859/1108 | 859 | 859 |
| RA1792 | Letter Dated 9/12/04 | 430 | 431 | 431 |
| RA1800 | Autopsy Report, Antonio Flores Rodriguez | 269/1626 | | |
| RA1802.03 | Murder of Antonio Flores Rodriguez | 1126/1132 | 1132 | 1133 |
| RA1802.09 | Crime Scene Photo, Antonio Flores Rodriguez Murder 11/2/04 | 1132 | 1132 | 1133 |
| RA1802.14 | Crime Scene Photo, Antonio Flores Rodriguez Murder 11/2/04 | 1132/1227 | 1132 | 1133 |
| RA1802.24 | Crime Scene Photo, Antonio Flores Rodriguez Murder 11/2/04 | 1132/1227 | 1132 | 1133 |
| RA1811.10 | Crime Scene Photo, 326 Jean Street, Antonio Flores | 1133 | 1133 | 1134 |

xiv

Rodriguez Murder 3/5/05

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA1811.15 | Crime Scene Photo, 326 Jean Street, Antonio Flores Rodriguez Murder 3/5/05 | 1133 | 1133 | 1134 |
| RA1811.25 | Crime Scene Photo, 326 Jean Street, Antonio Flores Rodriguez Murder 3/5/05 | 1133 | 1133 | 1134 |
| RA1811.28 | Crime Scene Photo, 326 Jean Street, Antonio Flores Rodriguez Murder 3/5/05 | 1133 | 1133 | 1134 |

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA1811.35 | Crime Scene Photo, 326 Jean Street, Antonio Flores Rodriguez Murder 3/5/05 | 1133 | 1133 | 1134 |
| RA1891.2 | R. Garza Statement | 1257 | | |
| RA1900 | Autopsy Report, Juan Perez | 270/1626 | | |
| RA1912.10 | Crime Scene Photo, Juan Perez Murder 12/5/04 | 1265 | 1265 | 1265 |
| RA1912.12 | Crime Scene Photo, Juan Perez Murder 12/5/04 | 1265 | 1265 | 1265 |
| RA1912.26 | Crime Scene Photo, Juan Perez Murder 12/5/04 | 1265 | 1265 | 1265 |
| RA1912.67 | Crime Scene Photo, Juan Perez Murder 12/5/04 | 1265 | 1265 | 1265 |
| RA1912.72 | Crime Scene Photo, Juan Perez Murder 12/5/04 | 1265 | 1265 | 1265 |
| RA2000 | Autopsy Report, Roy Vera | 273/1626 | | |
| RA2012.08 | Crime Scene Photo, Roy Vera Murder 12/21/04 | 1276/1292 | 1277 | 1277 |
| RA2012.18 | Crime Scene Photo, Roy Vera Murder 12/21/04 | 1276/1293 | 1277 | 1277 |
| RA2080.01 | Texas License Plate X97-TST from 1999 Ford Contour, VIN 1FAFP66L6XK109948 | 1317 | 1317 | 1317 |
| RA2080.03 | San Antonio Municipal Court Violation Record, M. M. Garcia 1999 Ford Contour | 1313 | 1314 | 1314 |
| RA2081.02 | Photo of Blue Ford | 1318 | 1319 | 1319 |
| RA2081.05 | Photo of Blue Ford | 1318 | 1319 | 1319 |
| RA2081.06 | Photo of Blue Ford | 1318 | 1319 | 1319 |
| RA2082.02 | Texas DOT Title History, 1999 Ford Contour | 1310 | 1312 | 1312 |
| RA2100 | Autopsy Report, Rudy Contreras | 274/1626 | | |
| RA2102.05 | Crime Scene Photo, Rudy Contreras Murder | 848 | 848 | 848 |

xv

| | | | | |
|---|---|---|---|---|
| RA2102.11 | Crime Scene Photo, Rudy Contreras Murder | 848 | 848 | 848 |
| RA2102.18 | Crime Scene Photo, Rudy Contreras Murder | 848 | 848 | 848 |
| RA2102.19 | Crime Scene Photo, Rudy Contreras Murder | 848 | 848 | 848 |
| RA2114.11 | Crime Scene Photo, Rudy Contreras Murder 1/4/05 | 1240 | 1240 | 1240 |
| RA2114.18 | Crime Scene Photo, Rudy Contreras Murder 1/4/05 | 1240 | 1240 | 1240 |
| RA2200 | Autopsy Report, Joe Santos | 274/1626 | | |

**DOCUMENTARY EVIDENCE CONT'D**

| **GOVERNMENT'S EXHIBITS:** | | **Ident** | **Offer** | **Rec'd** |
|---|---|---|---|---|
| RA2210.1 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1329/1370 | 1330 | 1330 |
| RA2210.4 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1329 | 1330 | 1330 |
| RA2210.4A | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1332/1373 | 1333 | 1333 |
| RA2210.4B | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1332 | 1333 | 1333 |
| RA2210.6 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1329 | 1330 | 1330 |
| RA2210.8 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1329/1340/ 1367 | 1330 | 1330 |
| RA2210.11 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1340/1367 | 1330 | 1330 |
| RA2210.68 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1331 | 1330 | 1330 |
| RA2210.120 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1329/1370 | 1330 | 1330 |
| RA2210.128 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1329/1371 | 1330 | 1330 |
| RA2210.186 | Crime Scene Photo, Joe Santos Murder 11/27/04 | 1329 | 1330 | 1330 |
| RA2294 | North American Arms .22 Revolver, SN C99021 | 1375 | | |
| RA2230.01 | Business Card w/Phone Numbers Case #04-3321358, Joe Santos | 291/310 1336 | 292 1337 | 292 1337 |
| RA2294 | North American Arms .22 Revolver Serial No. C99021 | 284 | 285 | 285 |
| RA2300 | Autopsy Report, Hector Martinez | 1626 | | |
| RA2310.17 | Crime Scene Photo, Hector Martinez Murder 1/25/05 | 1166 | 1166 | 1166 |
| RA2310.19 | Crime Scene Photo, Hector | 1166 | 1166 | 1166 |

xvi

| | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| | Martinez Murder 1/25/05 | | | |
| RA2310.22 | Crime Scene Photo, Hector Martinez Murder 1/25/05 | 1166 | 1166 | 1166 |
| RA2310.23 | Crime Scene Photo, Hector Martinez Murder 1/25/05 | 1166 | 1166 | 1166 |
| RA2400 | Autopsy Report, Robert Sanchez | 275/1626 | | |
| RA2402.02 | BCME Crime Scene Photo, 1103 Flanders, 4/22/05, Robert Sanchez, Jr. | 422 | 422 | 422 |
| RA2491.03 | Photo of Four Men, Case No. 05-265053 | 415 | 415 | 415 |
| RA2491.04 | Letter by Roland Hernandez | 761 | 761 | 761 |

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA2510 | Video of Manuel Esparza's Assault, 6/25/07 | 656/1630 | 658 | 658 |
| RA2511.4 | Photo, FCI Three Rivers 6/07 Ernest Rodriguez Assault | 663 | 663 | 664 |
| RA2511.8 | Photo, FCI Three Rivers 6/07 Ernest Rodriguez Assault | 663 | 663 | 664 |
| RA2511.9 | Photo, FCI Three Rivers 6/07 Ernest Rodriguez Assault | 663 | 663 | 664 |
| RA2511.30 | Photo, FCI Three Rivers 6/07 Ernest Rodriguez Assault | 663 | 663 | 664 |
| RA2511.76 | Photo, FCI Three Rivers 6/07 Ernest Rodriguez Assault | 663/1630 | 663 | 664 |
| RA2561.06 | CD of Phone Call: A. Martinez & J. Navajar, 6/18/07 | 637/1630 | 638 | 638 |
| RA2561.06A | Transcript/Translation of Phone Call: A. Martinez & J. Navajar | 637 | 638 | 638 |
| RA2561.07 | CD of Phone Call: Manuel Esparza & Jacinto Navajar | 1630 | | |
| RA2581.01 | FCI Three Rivers Photo Sheet R. Rodriguez, Jr. Assault 6/23/07 | 663 | 663 | 664 |
| RA2581.02 | FCI Three Rivers Photo Sheet R. Rodriguez, Jr. Assault 6/23/07 | 663 | 663 | 664 |
| RA2581.10 | FCI Three Rivers Photo | 663 | 663 | 664 |

| Exhibit | Description | Ident | Offer | Rec'd |
|---|---|---|---|---|
| | Sheet R. Rodriguez, Jr. Assault 6/23/07 | | | |
| RA2591.43A | Photo of Weapon | 669 | 670 | 670 |
| RA2591.43B | Photo of Weapon | 669 | 670 | 670 |
| RA2591.43C | Photo of Weapon | 669 | 670 | 670 |
| RA2591.43D | Photo of Weapon | 669 | 670 | 670 |
| RA2612L | CD of Conversation, Rudy Hernandez and Roberto Agosto 2/28/05 | 1126 | 1127 | 1127 |
| RA2612U | CD of Conversation, Rudy Hernandez and Roberto Agosto 2/28/05 | 1122 | 1122 | 1122 |
| RA2612V | Map of Stops Made by Rudy Perez and Roberto Agosto | 1120 | 1120 | 1121 |

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RA2612W | Map of Stops Made by Rudy Perez and Roberto Agosto | 1120 | 1120 | 1121 |
| RA2614 | CD, 2/18/05, F. Velasquez, E. Suarez, J. Villarreal | 674 | 675 | 675 |
| RA2615TR | Transcript | 675 | 675 | 675 |
| RA2615A | Ledger | 1146/1307 | 1146 | 1146 |
| RA2616 | Measurement Conversion Chart | 224 | 224 | 224 |
| RA2751 | FBI Ballistics Report of Exam, 8/25/09 | 306/1580 | | |
| RA2752 | CD of Conversation, Joseph Huerta and Jose Martinez | 1153 | 1154 | 1154 |
| RA2753 | CD of Conversation, Joseph Huerta and Jose Martinez | 1143 | 1154 | 1154 |
| RAX13A | DVD Video of Meeting: H. Lomas, J. Navajar 2/8/05 | 705/1630 | 705 | 714 |
| RAX13C | CD, Conversation at Meeting: H. Lomas, J. Navajar, 2/8/05 | 705/1630 | 705 | 714 |
| RAX13E | Transcript/Translation of of RAX13C | 705/721/1630 | 705 | 714 |
| RAX23D | Miscellaneous Handwritten Notes, Ledgers, Documents, Bi-Fold Notepad from John Alfaro, 5851 South Sandy Valley, 10/25/05 | 695 | 696 | 696 |
| RAX23F1 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F2 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F3 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F4 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F5 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |

xviii

| RAX23F6 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
|---|---|---|---|---|
| RAX23F7 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F8 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F9 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F10 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F11 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX23F12 | Photo: South Sandy 10/25/05 | 695 | 696 | 696 |
| RAX42B | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1427/1630 | 1424 | 1427 |
| RAX42C | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1428/1630 | 1424 | 1427 |
| RAX42D | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1428/1630 | 1424 | 1427 |

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RAX42E | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1428/1630 | 1424 | 1427 |
| RAX42F | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1428/1630 | 1424 | 1427 |
| RAX42G | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1428/1630 | 1424 | 1427 |
| RAX42H | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1428/1630 | 1424 | 1427 |
| RAX42I | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1428/1630 | 1424 | 1427 |
| RAX42J | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1429/1630 | 1424 | 1427 |
| RAX42K | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1429/1630 | 1424 | 1427 |
| RAX42L | Photo of Money Seized, Arrest of Jacinto "Cache" Navajar 1/15/08 | 1424/1630 | 1424 | 1427 |
| RAX44 | DVD: Surveillance of Texas Syndicate & Mexican Mafia Meeting, Luby's | 727/1630 | 728 | 728 |

xix

| | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| | Cafeteria 1/19/06 | | | |
| RAX45A | Photo | 356 | 356 | 356 |
| RAX45D | Photo | 358 | 356 | 356 |
| RAX45E | Photo | 359 | 356 | 356 |
| RAX45F | Photo | 359 | 356 | 356 |
| RAX46A | Photo of Cache, Billy Silva, Roger Cano | 303 | 304 | 304 |
| RAX46B | Photo of Cache, Billy Silva, Roger Cano | 303 | 304 | 304 |
| RAX47 | DVD of Video Meeting at 5322 San Fernando | 300 | 301 | 301 |
| RAX47A | Photo | 303 | 304 | 304 |
| RAX47B | Photo | 305 | 304 | 304 |
| RAX50 | Photo of Eduardo Guajardo | 168/1175/ 1185 | 1168 | 1168 |
| RAX51A | Crime Scene Photo, Murder of Eduardo Guajardo | 1170 | 1170 | 1170 |
| RAX51B | Crime Scene Photo, Murder of Eduardo Guajardo | 1170 | 1170 | 1170 |

**DOCUMENTARY EVIDENCE CONT'D**

| GOVERNMENT'S EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| RAX51C | Crime Scene Photo, Murder of Eduardo Guajardo | 1170 | 1170 | 1170 |
| TDCJ-1 | Attachment A Confirmation Packet | 427 | 428 | |
| TDCJ-2 | Attachment A Confirmation Packet | 427 | 428 | |
| TDCJ-1, TDCJ-2 Withdrawn --------------------------------- | | | | 439 |
| V1 - 26A | Photos | 257 | 257 | 258 |
| V1 | Photo of Florencio Vasquez | 258/334 | | |
| V2 | Photo of Anthony Blanco | 259 | | |
| V4 | Photo of Michael Sanchez | 260/483 | | |
| V5 | Photo of Ruben Hernandez | 260 | | |
| V7 | Photo of Ernest Guzman | 261/380 | | |
| V8 | Photo of Jose Moreno | 261/370 | | |
| V9 | Photo of Henry Cantu | 262 | | |
| V10 | Photo of Agustin Macias | 264/292 | | |
| V11 | Photo of Jaime Lopez | 265 | | |
| V12 | Photo of Raymond Rodriguez | 266/287 | | |
| V13 | Photo of Jesse Medina | 266/985 | | |
| V14 | Photo of Robert Gleason | 267/921/987 | | |
| V15 | Photo of Robert Murillo Fernandez | 267 | | |
| V16 | Photo of Jesse Guevara | 268/968 | | |
| V17 | Photo of Mercy Brooks | 269/843 | | |
| V18 | Photo of Tony Rodriguez | 270/1049 | | |

xx

| V19 | Photo of Juan Perez | 270/1061 |
| V20 | Photo of Roy Vera | 273/1049 |
| V21 | Photo of Rudy Contreras | 274/947 |
| V22 | Photo of Joe Santos | 274 |
| V24 | Photo of Robert Sanchez | 275 |
| V25 | Photo of Ernest Rodriguez | 277 |
| V26 | Photo of Gilbert Enriquez | 279 |
| V26A | Crime Scene Photo of Gilbert Rodriguez | 280 |

xxi

## DOCUMENTARY EVIDENCE CONT'D

| DEFENDANTS' EXHIBITS: | | Ident | Offer | Rec'd |
|---|---|---|---|---|
| 1 | F. Espinoza Plea Agreement | 584 | | |
| 2 | F. Espinoza Motion for Downward Departure | 585 | | |
| 3 | Motion for Downward Departure | 585 | | |
| 3 | Photo of Mike Garcia | 1539/1567 | | |
| 4 | Photo of Mike Garcia, 9/5/03 | 1532 | | |
| 5 | Photo of Mike Garcia, 1/23/05 | 1532 | | |
| 6 | Photo of Mike Garcia, 2/9/05 | 1532 | | |
| 8 | Photo of Mike Garcia | 1546/1568 | 1546 | 1546 |
| 9 | Photo of Mike Garcia | 1547/1568 | 1547 | 1548 |
| 9 | Map of San Antonio | 1565 | 1566 | 1566 |
| 10 | Photo of Mike Garcia | 1547/1568 | 1547 | 1548 |